UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACQUES EVIGLO,<br>d/b/a Global Income Tax Services,<br><br>Defendant. | 4:17-CR-40024-01-KES<br><br><br>**VERDICT** |

We, the Jury, unanimously find the defendant, Jacques Eviglo, doing business as Global Income Tax Services, as follows:

| | | |
|---|---|---|
| 1. | For Count One of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ____ Not Guilty<br><br>_X_ Guilty |
| 2. | For Count Two of "making a false claim against the United States," as explained in Final Instruction No. 3, please mark your verdict. | ____ Not Guilty<br><br>_X_ Guilty |
| 3. | For Count Three of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ____ Not Guilty<br><br>_X_ Guilty |

| 4. | For Count Four of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
|---|---|---|
| 5. | For Count Five of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 6. | For Count Six of "making a false claim against the United States," as explained in Final Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 7. | For Count Seven of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 8. | For Count Eight of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 9. | For Count Nine of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 10. | For Count Ten of "making a false claim against the United States," as explained in Final Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |

2

| 11. | For Count Eleven of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
|---|---|---|
| 12. | For Count Twelve of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 13. | For Count Thirteen of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 14. | For Count Fourteen of "making a false claim against the United States," as explained in Final Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 15. | For Count Fifteen of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 16. | For Count Sixteen of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 17. | For Count Seventeen of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| 18. | For Count Eighteen of "making a false claim against the United States," as explained in Final Instruction No. 3, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |

| 19. | For Count Nineteen of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
|---|---|---|
| 20. | For Count Twenty of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
| 21. | For Count Twenty-One of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
| 22. | For Count Twenty-Two of "making a false claim against the United States," as explained in Final Instruction No. 3, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
| 23. | For Count Twenty-Three of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
| 24. | For Count Twenty-Four of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
| 25. | For Count Twenty-Five of "making a false claim against the United States," as explained in Final Jury Instruction No. 3, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |

4

| 26. | For Count Twenty-Six of "wire fraud," as explained in Final Jury Instruction No. 4, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
|---|---|---|
| 27. | For Count Twenty-Seven of "wire fraud," as explained in Final Jury Instruction No. 4, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
| 28. | For Count Twenty-Eight of "wire fraud," as explained in Final Jury Instruction No. 4, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
| 29. | For Count Twenty-Nine of "wire fraud," as explained in Final Jury Instruction No. 4, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
| 30. | For Count Thirty of "wire fraud," as explained in Final Jury Instruction No. 4, please mark your verdict. | ____ Not Guilty<br>__X__ Guilty |
|  | Please sign and date the Verdict Form. |  |

8-28-2018
Date

5